Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES HAWTHORNE, ROSS LAFLIN, CAMILLA MUNNS, LARRY MANCHESTER, RONALD A. McCALL, MARK CALDWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>RENO POLICE PROTECTIVE ASSOCIATION, an employee association, CHARLES McNEELY, an individual, CITY OF RENO, a municipal corporation, and DAVID PONTE, an individual,<br><br>Defendant.<br>_____/ | CASE NO. 3:09-cv-00703-LRH-RAM<br><br>STIPULATION AND ORDER FOR ENLARGEMENT OF TIME<br>(FIRST REQUEST) |

The parties through their undersigned counsel of record hereby stipulate and agree that the time in which Plaintiffs shall have to oppose Defendants City and McNeely's Motion to Dismiss may and should be enlarged from its current due date of December 26, 2009 for a

///
///
///
///
///
///
///

JAD/sh/hawthorne et al/stip-enlrg-time-opp-mtd            1

period of 30 days to and including January 25, 2010.

**APPROVED AS TO FORM AND CONTENT**

DATED December 9, 2009                    DATED December __, 2009

LAW OFFICE OF                             JOHN J. KADLIC
JEFFREY A. DICKERSON                      RENO CITY ATTORNEY

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON                      BY: DONALD L. CHRISTENSEN
Counsel for Plaintiff                     Deputy City Attorney
                                          Counsel for Defendants City and McNeely

ORDER

IT IS SO ORDERED this 15th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

JAD/sh/hawthorne et al/stip-enlrg-time-opp-mtd            2