AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

JAMES HAWTHORNE, et al,

       Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00703-LRH-RAM**

RENO POLICE PROTECTIVE
ASSOCIATION, et al.,

       Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants City of Reno and Charles McNeely's Motion to Dismiss [3] is **GRANTED. IT IS FURTHER ORDERED** that Defendants Reno Police Protective Association and David Ponte's Motion to Dismiss [1, Ex 2] is **GRANTED**. This action is dismissed without prejudice.

July 1, 2010                              LANCE S. WILSON
Date                                        Clerk

                                                                                                                                                                 *[signature]*
                                                                                                                                                                 Deputy Clerk